# Hahn Eisenberger pllc
### Attorneys at Law

969 East 27th Street
Brooklyn, New York 11210
(347) 410-5800
Fax: (347) 435-2148

Writer's email address:
ehahn@hahneisenberger.com

March 28, 2023

**Via ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United State District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

   *Re:* **Spiegler v. Mish Mish Inc.** *et al.*
     **Docket No.:  22-cv-08774 (PAE)(GWG)**

Dear Judge Gorenstein:

  I am counsel for defendants Mish Mish Inc. and Mishelle Weinerman (collectively, "Defendants") in the matter referenced above.  I write to respectfully request that time for Defendants to file its motion to dismiss be extended by one week from April 17, 2023 until April 24, 2023.

  I will be away on a family vacation beginning next week and will only be returning to the office on April 17, 2023, thereby necessitating this request.  I have conferred with counsel for Plaintiff, who has consented to this request.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Elliot Hahn

            Elliot Hahn (EH-6087)

Cc: All Counsel (via ECF)

        Extension to April 24, 2023, granted.

        So Ordered.

           */s/ Gabriel W. Gorenstein*
         GABRIEL W. GORENSTEIN
         United States Magistrate Judge
           March 29, 2023

{110618}