# HAHN EISENBERGER PLLC
ATTORNEYS AT LAW

969 EAST 27ᵀᴴ STREET
BROOKLYN, NEW YORK 11210
(347) 410-5800
FAX: (347) 435-2148

WRITER'S EMAIL ADDRESS:
EHAHN@HAHNEISENBERGER.COM

July 6, 2023

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United State District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:  **Spiegler v. Mish Mish Inc.** *et al.*
     **Docket No.:  22-cv-08774 (PAE)(GWG)**

Dear Judge Gorenstein:

I am counsel for defendants Mish Mish Inc. and Mishelle Weinerman (collectively, "Defendants") in the matter referenced above.  I write to respectfully request that time for Defendants to file their reply papers in further support of their motion to dismiss be extended from July 7, 2023 until July 17, 2023.  This is the first request for an adjournment of this deadline by Defendants.

My daughter recently married, and my schedule has been affected more than I had anticipated due to the wedding and other family celebrations associated therewith, and that is the reason for the request.  Counsel for plaintiff has graciously consented to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Elliot Hahn

Elliot Hahn (EH-6087)

Cc: All Counsel (via ECF)

Application granted.  In the future, please comply with paragraph 2.B of the Court's Individual Practices.  See Docket # 25.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 6, 2023

{110958}