UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GAL SPIEGLER                                              :

            Plaintiff,                          :     ORDER

   -v.-                                                       :
                                                       22 Civ. 8774 (PAE) (GWG)
MISH MISH INC. et al.,                                  :

           Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The deadline for discovery having expired in this matter and no party having filed a request for permission to make a summary judgment by the Court-ordered deadline of April 9, 2024 (see Docket # 38), the pretrial order materials required by Judge Engelmayer's Individual Practices shall be filed by April 22, 2024.

      SO ORDERED.

Dated: April 10, 2024
       New York, New York

                                                                 _____
                                                                 GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge