# Hahn Eisenberger pllc
Attorneys at Law

969 East 27th Street
Brooklyn, New York 11210
(347) 410-5800
Fax: (347) 435-2148

Writer's email address:
ehahn@hahneisenberger.com

September 19, 2024

**Via ECF**

The Honorable Gabriel W. Gorenstein
United State District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re: **Spiegler v. Mish Mish Inc.**
    **Docket No.: 22-cv-08774 (PAE)(GWG)**

Dear Judge Gorenstein:

We are counsel for defendant Mish Mish Inc. ("Mish") in the matter referenced above. We write concerning Your Honor's Order [ECF 62] which waived the requirement for a pre-motion conference for Mish to move for summary judgment, and which directed that Mish's proposed motion be served by September 24, 2024. We write with the consent of counsel for plaintiff to request that the deadline be extended by three weeks until October 15, 2024, as the undersigned had been engaged in arbitration hearings which concluded yesterday, and for which there are post-trial briefings due to be submitted, which has impacted my schedule. This is the first request for an extension of the deadline.

The parties have already conferred and agreed to a briefing schedule in the event this request is granted: plaintiff's opposition would be due 30 days after moving papers are served, and Mish's reply would be due 14 days thereafter.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Elliot Hahn (EH-6087)

Cc: All Counsel (via ECF)

Granted in part. The deadline in Docket # 62 is extended to October 15, 2024. The provisions of Docket # 62 otherwise remain in effect.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 20, 2024

{110975}