# HAHN EISENBERGER PLLC
ATTORNEYS AT LAW

969 EAST 27TH STREET
BROOKLYN, NEW YORK 11210
(347) 410-5800
FAX: (347) 435-2148

WRITER'S EMAIL ADDRESS:
EHAHN@HAHNEISENBERGER.COM

May 5, 2025

**Via ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      *Re:*    **Spiegler v. Mish Mish Inc.**
                 **Docket No.: 22-cv-08774 (PAE)(GWG)**

Dear Judge Engelmayer:

      We represent Defendant Mish Mish Inc. ("Mish") in the above action.[1] We respectfully submit this letter to request that the time for Mish to file Objections to a Report and Recommendation issued by the Honorable Magistrate Judge Gabriel W. Gorenstein (the "Report") be extended from May 6, 2025 until May 16, 2025. The Report (ECF Dok. 78) provides that any extension requests should be submitted to Your Honor. This is the first request to extend the deadline to file Objections to the Report.

      The reason for the request is that the undersigned has several scheduling conflicts which would make it difficult to comply with the present May 6 deadline. Prior to filing this letter, we sought consent from opposing counsel who responded by asking us for the reason for the request but who have not, as of yet, let us know whether they would consent to the request. The requested extension will not affect any other current deadlines in this case.

      We thank the Court for its attention to this matter.

Respectfully submitted,

Cc: All Counsel (via ECF)

/s/ Elliot Hahn (EH-6087)

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: May 5, 2025

---

[1] The claims against prior defendant Mishelle Weinerman were previously dismissed by this Court (ECF Dok. 34).

{110975}