UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAL SPIEGLER                                      :

        Plaintiff,                            :    ORDER

  -v.-                                                 :
                                                    22 Civ. 8774 (PAE) (GWG)
MISH MISH INC. et al.,                         :

        Defendants.                         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The settlement conference in this matter is adjourned to September 11, 2025, at 10:00 a.m. The provisions of Docket # 87 otherwise remain in effect. New settlement letters are due September 9, 2025.

       SO ORDERED.

Dated: August 13, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge