# LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Frank J. Tantone

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
frank@lipskylowe.com

www.lipskylowe.com

August 12, 2025

VIA ECF
The Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Spiegler v. Mish Mish Inc., et al.* 1:22-cv-08774 (PAE)(GWG)

Dear Judge Engelmayer:

This firm represents Plaintiff Gal Spiegler in this case. We write to you jointly with opposing counsel to request an adjournment of the pretrial conference currently scheduled for September 4, 2025, at 2:00pm, and the associated pre-trial order deadlines. *See* Dkt. No. 86. This is the first such request.

The reason for this request is that, after a telephone conference with Magistrate Judge Gorenstein, the settlement conference before Judge Gorenstein was adjourned from today to September 11, 2025, at 10:00am. Accordingly, in order for the parties to fully prepare for and utilize the settlement conference, we request a brief adjournment of the pretrial conference to a date after September 11, 2025, that is most convenient for the Court. We note that Judge Gorenstein also expressed that he thought it was prudent for the pretrial conference and associated deadlines to be adjourned.

Please contact counsel with any questions concerning this request. We thank Your Honor for the attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

*Frank J. Tantone*
FRANK J. TANTONE, ESQ.

CC:   Counsel of Record (Via ECF)

GRANTED. The pretrial conference is hereby adjourned to Wednesday, October 8, 2025, at 11 a.m. The parties are directed to file the joint pretrial order by October 1, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: August 13, 2025
New York, New York